JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHEN WHITE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Nebraska Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-07292-SVW-BFMx<br>LASC Case No. 26STCV16885<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: May 27, 2026<br>Complaint Removed: July 6, 2026 |

The Court, having considered the parties' Joint Stipulation of Dismissal of Entire Action With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, ORDERS as follows:

1. This action, including all claims asserted in the First Amended Complaint against Defendant Government Employees Insurance Company and Does 1 through 10, is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

2. Except as otherwise provided in the parties' settlement agreement, each party shall bear its own attorneys' fees and costs.

3. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: November 17, 2026

[signature]

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE